## Irana HAGHNAZARI, Appellant

### v.

## TIDEWATER FINANCE COMPANY d/b/a Tidewater Credit k/a Rooms to Go, Inc., Appellee.

### No. 05–12–00875–CV.

Court of Appeals of Texas, Dallas.

Feb. 22, 2013.

Irana Haghnazari, pro se.

William Clark Boyd, Patterson, Boyd & Lowery, PC, Houston, TX, for Appellee.

Before Chief Justice WRIGHT, Justice LANG–MIERS, and Justice LEWIS.

## OPINION

Opinion by Justice LANG–MIERS.

On November 30, 2012, we instructed appellant to provide proof of either payment of the clerk's record or arrangements to pay for the record within ten days. We notified appellant that if he did not do so, this case would be dismissed. Appellant has not complied with the order or otherwise communicated with this Court regarding the appeal. We therefore **DISMISS** this appeal. The clerk's February 1, 2013 request for an extension of time to file the record is **DENIED** as moot.